IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:16CR251 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EMILY TRUDELL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Emily Trudell (Chandler) (Filing No. 21). Trudell seeks a continuance of the trial of this matter was scheduled for November 14, 2016. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Trudell's motion to continue trial (Filing No. 21) is granted.

2. Trial of this matter is re-scheduled for **December 19, 2016,** before Judge Robert F. Rossiter, Jr., and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **November 7, 2016, and December 19, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 7th day of November, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge